**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMONT BIENVENUE, | Case No. CV 20-9652-JLS (JPR) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| G. MATTESON, Warden, | |
| Respondent. | |

The Court has reviewed the records on file and Report and Recommendation of U.S. Magistrate Judge, which recommends that the Court grant Respondent's motion to dismiss the Petition.  On August 3, 2021, Petitioner filed Objections to the R. & R., in which he mostly simply repeats arguments from his Petition and Opposition to the motion to dismiss; Respondent did not respond.  None of Petitioner's objections undermine the Magistrate Judge's reasoning in the R. & R.

Having made a de novo determination of those portions of the R. & R. to which Petitioner objected, the Court accepts the findings and recommendations of the Magistrate Judge.  IT THEREFORE

IS ORDERED that Respondent's motion to dismiss the Petition is
GRANTED and this action be dismissed with prejudice.


DATED: September 21, 2021

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE