<div style="text-align:right;font-size:2em;">**JS-6**</div>

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMONT BIENVENUE,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>G. MATTESON, Warden,<br><br>　　　　　Respondent. | Case No. CV 20-9652-JLS (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Report and Recommendation of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 21, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE